

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Sandra A. Bober*
*Assistant United States Attorney*

*402 East State Street, Room 430*    *main: (609) 989-2190*
*Trenton, NJ 08608*                  *direct:(609) 858-0304*
*sandra.bober@usdoj.gov*             *fax:    (609) 989-2275*

August 4, 2026

**By ECF**
Hon. Claire C. Cecchi, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

>    Re:    ***Tejada v. Delaney Hall Detention Facility,*** **No. 26-cv-1794 (CCC)**
>           **Request to Lift Injunction and Close Case**

Dear Judge Cecchi:

This Office represents Respondents in this habeas matter. On March 2, 2026, the Court ordered Respondents to provide Petitioner with a bond hearing before an immigration judge and notify the Court of the outcome the hearing. ECF No. 3. The Court also enjoined Respondents from removing Petitioner from a facility within the District of New Jersey or from the United States without the Court's permission, except for purposes of the bond hearing and/or release from detention. *Id.* Petitioner received a bond hearing on March 9, 2026, and this Office advised the Court of the outcome of that hearing on March 9, 2026. ECF No. 5. In light of the foregoing, Respondents respectfully request that the Court lift the injunction issued in its March 2, 2026 Text Order and close this matter.

Thank you for your consideration of this request.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

The Clerk's Office shall close this matter.    By:    *s/ Sandra A. Bober*
The Court's previous stay of transfer is           SANDRA A. BOBER
hereby vacated.                                     Assistant United States Attorney
SO ORDERED                                          *Attorneys for Respondents*

   *s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date:    8/13/2026